UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00909 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO FEBRUARY 14, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| MICHAEL ANTHONY HARRISON, | ) ) | |
| Defendant. | ) ) ) ) | Date:  January 24, 2012<br>Time:  10:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from January 24, 2012 to February 14, 2012 at 10:00 a.m., and that time be excluded under the Speedy Trial Act between January 17, 2012 and February 14, 2012.

Defendant was arraigned on the single count of the Indictment – violation of Title 18, United States Code, Section 922(g) (felon in possession) – on December 9, 2011. The United States has produced 200 pages of discovery to defendant. Defendant has requested that the United States obtain additional documents and the United States is working to do so. Defendant also requires additional time to review the discovery produced by the United States, to investigate this matter, and to effectively prepare for the hearing taking into account the exercise of due diligence. The parties agreed that the extension is not sought for delay. The parties

STIP. REQ. TO CONTINUE HEARING TO FEBRUARY 14, 2012 AND TO EXCLUDE TIME
No. CR-11-00909 SBA

further agreed the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the hearing in this matter is continued from January 24, 2012 to February 14, 2012 at 10:00 a.m. before this Court, and that time between January 17, 2012 and February 14, 2012 is excluded under the Speedy Trial Act to allow for the effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED:_1/17/12                                              _____
                                                            HON. SAUNDRA BROWN ARMSTRONG
                                                            United States District Court Judge