1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant MICHAEL HARRISON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           ) No. CR-11-00909-SBA
                                         )
12 |            Plaintiff,                ) **ORDER FOR CONTINUANCE AND**
                                         ) **EXCLUSION OF TIME UNDER THE**
13 | vs.                                  ) **SPEEDY TRIAL ACT, 18 U.S.C. 3161 ET.**
                                         ) **SEQ.**
14 | MICHAEL HARRISON                     )
                                         ) Current Date: February 17, 2012
15 |            Defendant.                ) Requested Date: March 6, 2012
   |_____)
16

17                              **ORDER**

18       Based on the reasons provided in the stipulation of the parties above, the court hereby

19  FINDS:

20       1. The ends of justice served by the granting of the continuance from February 17, 2012

21  until March 6, 2012 outweigh the best interests of the public and the defendant in a speedy and

22  public trial because additional investigation and review are necessary to the defense preparation

23  of the case.  Furthermore, the government is currently awaiting approval for a proposed plea

24  offer, but has not obtained it.

25       Based on these findings, IT IS HEREBY ORDERED that time be excluded under the

26  speedy trial act, 18 U.S.C. Section 3161(H) (7)(A)and (B)(iv) from February 17, 2012 until

1 | March 6, 2012.

2 |     IT IS FURTHER ORDERED that the STATUS HEARING date of February 17, 2012,

3 | scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset

4 | for March 6, 2010 at 10:00 a.m.

5 | DATED: 2/16/12

6 |                                                          *Saundra B Armstrong*

7 |                                 HON. SAUNDRA BROWN ARMSTRONG
                                    UNITED STATES DISTRICT JUDGE